UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
)
IN RE YASMIN AND YAZ (DROSPIRENONE) ) 3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND )
PRODUCTS LIABILITY LITIGATION ) MDL No. 2100
_____ )
) ORDER
) VACATING DISMISSAL

**This Document Relates to:**

*Jill Day and Eric Day v. Bayer HealthCare*
*Pharmaceuticals, Inc., et al.*          No. 3:10-cv-12389-DRH-PMF

# ORDER

**HERNDON, Chief Judge:**

On June 8, 2011, plaintiffs filed a motion to vacate (Doc. 9) the order of dismissal entered on May 5, 2011 (Doc. 7) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiffs state that a completed Plaintiff Fact Sheet has been submitted (Doc. 9). Defendants are not opposed to plaintiffs' motion (Doc. 10). Accordingly, the Court hereby **vacates** the Order dismissing without prejudice plaintiffs' case and thereby **reinstates** their case.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2011.06.09 11:38:48 -05'00'

**Chief Judge**
**United States District Court**          Date: June 9, 2011